UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN YEISLEY,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | No. 2:26-cv-2534 SCR P<br><br>ORDER |

Plaintiff, a pretrial detainee at Rio Consumnes Correctional Center, has filed a letter with Court seeking "details or resources" that would be useful in addressing alleged violations of his Sixth Amendment right to a speedy trial. ECF No. 1. Specifically, plaintiff alleges that the district attorney, presiding judge, and his court-appointed attorney in his state criminal proceeding have used a competency evaluation and other tactics to delay his trial. Id. at 1-2. Plaintiff has since filed a request for status, ECF No. 4, but has not filed any pleadings in this case.

To commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

commenced. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case, **Case No. 2:26-cv-02534 SCR**. Plaintiff must file an original and two copies of the complaint.

2. Plaintiff shall also submit, within thirty (30) days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $405.00.[2] Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: August 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[2] The $405.00 is comprised of the $350.00 filing fee and a $55.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $55.00 administrative fee.