UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN YEISLEY,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | No. 2:26-cv-02534 SCR P<br><br>ORDER |

Plaintiff is a criminal pretrial detainee proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee. Accordingly, his motion for extension of time to pay the filing fee (ECF No. 12) is DENIED as moot. Plaintiff is advised that the undersigned will screen his complaint pursuant to 28 U.S.C. § 1915A in due course.

DATED: November 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE